UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS WILFORD

VERSUS

NOTTOWAY PLANTATION, INC., ET AL

CIVIL ACTION

NO. 16-135-JJB-EWD

### ORDER OF DISMISSAL

The court having been advised that the above action has been settled as to all parties;

IT IS ORDERED that this action be and is hereby DISMISSED as to all parties without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, January 19, 2017

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA